1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  rtangri@durietangri.com
   CLEMENT S. ROBERTS (SBN 209203)
3  croberts@durietangri.com
   LAUREN E. KAPSKY (*admitted pro hac vice*)
4  lkapsky@durietangri.com
   TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
5  tkobelski@durietangri.com
   217 Leidesdorff Street
6  San Francisco, CA  94111
   Telephone:    415-362-6666
7  Facsimile:    415-236-6300

8  Attorneys for Plaintiff COLLATERAL ANALYTICS, LLC

9  MCKOOL SMITH, P.C.
   ROBERT M. MANLEY (*admitted pro hac vice*)
10 rmanley@mckoolsmith.com
   ASHLEY M. MOORE (*admitted pro hac vice*)
11 amoore@mckoolsmith.com
   300 Crescent Court, Suite 1500
12 Dallas, TX 75201
   Telephone:    214-978-4000
13 Facsimile:    214- 978-4044

14 MCKOOL SMITH, P.C.
   LAWRENCE M. HADLEY (SBN 157728)
15 lhadley@mckoolsmithhennigan.com
   One California Plaza, 300 South Grand Ave., Suite 2900
16 Los Angeles, California 90071
   Telephone:    213-694-1200
17 Facsimile:    213-694-1234

18 Attorneys for Defendants NATIONSTAR MORTGAGE, LLC,
   XOME SETTLEMENT SERVICES LLC, AND QUANTARIUM, LLC
19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLATERAL ANALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br>XOME SETTLEMENT SERVICES LLC, and<br>QUANTARIUM, LLC,<br><br>Defendants. | Case No. 3:18-cv-00019-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   April 19, 2018<br>Time:   1:30 p.m.<br>Ctrm:   3, 17th Floor<br>Judge:  Honorable Richard Seeborg |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Collateral Analytics, LLC ("Collateral Analytics") and Defendants Nationstar Mortgage LLC ("Nationstar"), Xome Settlement Services, LLC ("Xome") and Quantarium, LLC ("Quantarium") (collectively, "Defendants") stipulate and request that the Court enter an order granting Plaintiff a short, one-week extension of time, or until March 19, 2018, to file its opposition to Defendants' motion to dismiss the Complaint.

In support of the parties' stipulated request, the parties state as follows:

1. On January 2, 2018, Plaintiff filed the Complaint against Defendants and served the Complaint on Defendant Nationstar and Xome on January 4, 2018 and Defendant Quantarium on January 5, 2018.

2. On January 19, 2018, Defendants filed the parties' stipulation to extend Defendants' time to respond to the Complaint to February 26, 2018.

3. On February 26, 2018, Defendants filed a motion to dismiss Counts 1-9 and 11 of the Complaint with a hearing date set by the Court for April 19, 2018. Defendants also filed the parties' stipulation to extend the time for Defendants to respond to Count 10 of the Complaint to fourteen days after the Court rules on their motion to dismiss.

4. Plaintiff's opposition to Defendants' motion to dismiss is currently due on March 12, 2018.

5. At the request of Plaintiff, the parties have met and conferred and jointly agree, for the convenience of the parties, to the requested one-week extension.

6. The above change will only alter the deadline by which Defendants must file their reply brief in further support of their motion to dismiss, moving it to March 26, 2018. It will not otherwise alter the date of any other event or deadline already fixed by Court order, including the April 19, 2018 hearing date.

///
///
///
///
///

Accordingly, IT IS HEREBY STIPULATED, subject to approval of the Court, that Plaintiff's opposition to Defendants' motion to dismiss the Complaint will be due on March 19, 2018.

Dated: March 9, 2018                          DURIE TANGRI LLP

                                              By:  /s/ Lauren E. Kapsky
                                                   LAUREN E. KAPSKY

                                              Attorney for Plaintiff
                                              COLLATERAL ANALYTICS, LLC

Dated: March 9, 2018                          MCKOOL SMITH, P.C.

                                              By:  /s/ Ashley Moore
                                                   ASHLEY MOORE

                                              Attorneys for Defendants NATIONSTAR
                                              MORTGAGE, LLC, XOME SETTLEMENT
                                              SERVICES LLC, AND QUANTARIUM, LLC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Lauren E. Kapsky, attest that concurrence in the filing of this document has been obtained.

Dated: March 9, 2018                                    /s/ Lauren E. Kapsky
                                                        LAUREN E. KAPSKY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/12/18
                                              RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE