1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  rtangri@durietangri.com
   CLEMENT S. ROBERTS (SBN 209203)
3  croberts@durietangri.com
   LAUREN E. KAPSKY (*admitted pro hac vice*)
4  lkapsky@durietangri.com
   TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
5  tkobelski@durietangri.com
   217 Leidesdorff Street
6  San Francisco, CA  94111
   Telephone:     415-362-6666
7  Facsimile:      415-236-6300

8  Attorneys for Plaintiff COLLATERAL ANALYTICS, LLC

9  MCKOOL SMITH, P.C.
   ROBERT M. MANLEY (*admitted pro hac vice*)
10 rmanley@mckoolsmith.com
   ASHLEY M. MOORE (*admitted pro hac vice*)
11 amoore@mckoolsmith.com
   300 Crescent Court, Suite 1500
12 Dallas, TX 75201
   Telephone:     214-978-4000
13 Facsimile:      214- 978-4044

14 MCKOOL SMITH, P.C.
   LAWRENCE M. HADLEY (SBN 157728)
15 lhadley@mckoolsmithhennigan.com
   One California Plaza, 300 South Grand Ave., Suite 2900
16 Los Angeles, California 90071
   Telephone:     213-694-1200
17 Facsimile:      213-694-1234

18 Attorneys for Defendants NATIONSTAR MORTGAGE, LLC,
   XOME SETTLEMENT SERVICES LLC, AND QUANTARIUM, LLC
19
                     IN THE UNITED STATES DISTRICT COURT
20
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
21
                            SAN FRANCISCO DIVISION
22

| COLLATERAL ANALYTICS, LLC, | Case No. 3:18-cv-00019-RS |
|---|---|
| Plaintiff, | **THE PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY OF EMAILS AND ATTACHMENTS** |
| v. | |
| NATIONSTAR MORTGAGE LLC, XOME SETTLEMENT SERVICES LLC, and QUANTARIUM, LLC, | Ctrm:   3, 17th Floor<br>Judge:  Honorable Richard Seeborg |
| Defendants. | |

---

THE PARTIES' STIPULATION REGARDING DISCOVERY OF EMAILS AND ATTACHMENTS
CASE NO. 3:18-CV-00019-RS

Pursuant to the Court's minute order following the initial case management conference held in this case on April 19, 2018, ECF No. 53, Plaintiff Collateral Analytics, LLC and Defendants Nationstar Mortgage LLC, Xome Settlement Services, LLC, and Quantarium, LLC (together, the "Parties") held a further meet and confer regarding discovery of emails and their attachments. The Parties respectfully submit the following protocol to limit the discovery of emails and their attachments in this case:

1. Within twenty-one (21) days from the service of a request for production ("RFP") for emails and their attachments, the Parties shall meet and confer to develop a list of custodians and search terms that the Responding Party will use to search for, review, and produce any emails and attachments responsive to the RFP.

2. At least seven (7) days before the meet and confer the Propounding Party shall serve a proposed list of custodians and search terms for each of the Propounding Party's RFPs that requests emails and their attachments.

3. At the meet and confer, the Responding Party shall be prepared to discuss the number of emails that contain each of the search terms by custodian (*i.e.*, the hit counts) identified in the Propounding Party's proposed list. The Parties agree to negotiate the list of search terms and custodians in good faith, taking into account the hit counts for the search terms and custodians and the subject matter of the RFP.

4. Nothing in this protocol shall be interpreted to require disclosure of irrelevant information or relevant information protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege or immunity. The Parties do not waive any objections as to the production, discoverability, admissibility, or confidentiality of emails and their attachments, and reserve all rights to seek appropriate relief from the Court.

Dated: April 27, 2018                                       DURIE TANGRI LLP

                                                            By:   */s/ Lauren E. Kapsky*
                                                                  LAUREN E. KAPSKY

                                                            Attorney for Plaintiff
                                                            COLLATERAL ANALYTICS, LLC

| | |
|---|---|
| Dated: April 27, 2018 | MCKOOL SMITH, P.C. |
| | By: _____/s/ Ashley Moore_____ |
| | ASHLEY MOORE |
| | Attorney for Defendants NATIONSTAR MORTGAGE, LLC, XOME SETTLEMENT SERVICES LLC, AND QUANTARIUM, LLC |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Lauren E. Kapsky, attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: April 27, 2018 | _____/s/ Lauren E. Kapsky_____ |
| | LAUREN E. KAPSKY |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

RICHARD SEEBORG<br>UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Lauren E. Kapsky*
LAUREN E. KAPSKY