DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAUREN E. KAPSKY (*admitted pro hac vice*)
lkapsky@durietangri.com
TIMOTHY P. HORGAN-KOBELSKI (SBN 319771)
tkobelski@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff COLLATERAL ANALYTICS, LLC

MCKOOL SMITH, P.C.
ROBERT M. MANLEY (*admitted pro hac vice*)
rmanley@mckoolsmith.com
ASHLEY MOORE (*admitted pro hac vice*)
amoore@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:     214-978-4000
Facsimile:     214- 978-4044

MCKOOL SMITH, P.C.
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
One California Plaza, 300 South Grand Ave., Suite 2900
Los Angeles, CA 90071
Telephone:     213-694-1200
Facsimile:     213-694-1234

Attorneys for Defendants NATIONSTAR MORTGAGE, LLC,
XOME SETTLEMENT SERVICES LLC, AND QUANTARIUM, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLATERAL ANALYTICS, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>NATIONSTAR MORTGAGE LLC,<br>XOME SETTLEMENT SERVICES LLC, and<br>QUANTARIUM, LLC,<br><br>                    Defendants. | Case No. 3:18-cv-00019-RS<br><br>**JOINT SUBMISSION OF SUPPLEMENTAL INFORMATION RE: SEALED DOCUMENTS PURSUANT TO ECF NO. 53 AND [PROPOSED] ORDER**<br><br>Ctrm:   3, 17th Floor<br>Judge:  Honorable Richard Seeborg |

1    At the Initial Case Management Conference held in this case on April 19, 2018, the Court ordered

2  the parties to submit supplemental information to summarize their positions on which documents filed to

3  date warrant sealing.  The parties state as follows:

4       • ***ECF No. 1, Complaint***.  The parties agree that this document does not warrant sealing,

5            and the administrative motion to file under seal (ECF No. 3) is withdrawn.  Accordingly,

6            the parties submit the Complaint without redactions as Exhibit A hereto, to replace the

7            Complaint at ECF No. 1.

8       • ***ECF No. 8, Corporate Disclosure Statement***.  Page 1, lines 2–4 of this document contain

9            the identities of the Plaintiff's investors, which are not publicly known.  Plaintiff submits

10           that Plaintiff is a closely held, private company organized as a limited liability company

11           under the laws of Hawaii.  Plaintiff has taken and continues to take measures to keep its

12           investors' identities confidential, and submits that there is good cause to maintain the

13           identities of those investors under seal in this case.  As set forth in a declaration from

14           Plaintiff's Chief Executive Officer (ECF No. 8-2), Plaintiff contends that this content

15           should be sealed to protect its members from annoyance or harassment, including

16           unwanted contact and solicitation for investment by Plaintiff's competitors, and to protect

17           these investors' privacy interests.  Defendants have no position on whether this content

18           should be sealed.  Plaintiff submits that this administrative motion to file under seal (ECF

19           No. 8) should be granted for good cause shown.

20      • ***ECF No. 31, Exhibits to Motion to Dismiss***.  The exhibits to Ms. Moore's declaration in

21           support of Defendants' motion to dismiss consist of Defendants' contracts with Plaintiff.

22           Specifically, Exhibit B (ECF No. 31-4) is Nationstar Mortgage LLC's Master Services

23           Agreement with Plaintiff, and Exhibit C (ECF No. 31-6) is Xome Settlement Services

24           LLC's Master Services Agreement with Plaintiff.  These contracts include the prices that

25           Plaintiff charged Defendants, which is commercially sensitive information that is not

26           publicly known, as well as contact information for party representatives and federal tax ID

27           information.  As set forth in a declaration from Ms. Moore (ECF No. 31-1), this

28           information constitutes confidential details of the business relationship between the

1

JOINT SUBMISSION OF SUPPLEMENTAL INFORMATION RE: SEALED DOCUMENTS PURSUANT
TO ECF NO. 53 AND PROPOSED ORDER / CASE NO. 3:18-CV-00019-RS

parties.  The parties therefore agree and submit that there is good cause to maintain the confidentiality of the pricing information, contact information, and federal tax ID information.  The parties further agree that none of the remaining content in these exhibits warrants sealing.  Accordingly, the parties submit the attached versions with only the limited redactions set forth above: Exhibit B hereto to replace ECF No. 31-4 and Exhibit C hereto to replace ECF No. 31-6.  This administrative motion to file under seal (ECF No. 31) should be granted as set forth in this paragraph for good cause shown.

Dated:  May 4, 2018                                DURIE TANGRI LLP

                                        By:  _____ */s/ Lauren E. Kapsky*_____
                                                LAUREN E. KAPSKY

                                        Attorney for Plaintiff
                                        COLLATERAL ANALYTICS, LLC

Dated:  May 4, 2018                                MCKOOL SMITH, P.C.

                                        By:  _____ */s/ Ashley M. Moore*_____
                                                ASHLEY M. MOORE

                                        Attorney for Defendants
                                        NATIONSTAR MORTGAGE, LLC, XOME
                                        SETTLEMENT SERVICES LLC, AND
                                        QUANTARIUM, LLC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Lauren E. Kapsky, attest that concurrence in the filing of this document has been obtained.

Dated:  May 4, 2018                        _____ */s/ Lauren E. Kapsky*_____
                                                LAUREN E. KAPSKY

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' SUBMISSION, IT IS SO ORDERED.

Dated:  _____                    _____
                                                RICHARD SEEBORG
                                                UNITED STATES DISTRICT JUDGE

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on May 4, 2018 the within document was filed with the Clerk of the Court

3

using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4

5

*/s/ Lauren E. Kapsky*
LAUREN E. KAPSKY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION OF SUPPLEMENTAL INFORMATION RE: SEALED DOCUMENTS PURSUANT
TO ECF NO. 53 AND PROPOSED ORDER / CASE NO. 3:18-CV-00019-RS