UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLATERAL ANALYTICS LLC, Plaintiff, v. NATIONSTAR MORTGAGE LLC, et al., Defendants. | Case No. 18-cv-00019-RS (JSC) **ORDER RE: 30(B)(6) DEPOSITION NOTICE** Re: Dkt. No. 225 |

Pending before the Court is another Joint Discovery Dispute letter brief. (Dkt. No. 225.) Although Defendants did not file the letter brief until September 27, 2019, they seek to require Plaintiff to appear for a 30(b)(6) deposition by September 27, 2019 or within one week of the Court's ruling.

Defendants' request is DENIED. Defendants' 30(b)(6) Notice is unreasonably overbroad. The Court is frankly surprised that Defendants moved to compel on this Notice without first narrowing the unreasonable requests and eliminating requests that obviously seek privileged and unnecessary information.

Accordingly, the Court orders as follows:

1. On or before **October 1, 2019**, Defendants shall serve Plaintiff with a revised 30(b)(6) Notice on the "trade secret" topics referred to in the parties' correspondence. The Notice shall be amended to seek information consistent with Rule 26; its present configuration is not consistent with the commands of the Federal Rules. The Notice shall be signed by lead trial counsel, that is, the attorney who will take the lead at trial.

2. On or before **October 3, 2019**, Plaintiff shall provide Defendants with at least three weekday dates in October 2019 for 30(b)(6) depositions. The Court will not entertain

complaints from any party about unavailability.

3. If Plaintiff has objections to the amended "trade secret" topics, then the parties shall meet and confer *in person* on or before **October 4, 2019.** If after meeting and conferring the parties are not able to resolve all their disagreements as to the 30(b)(6) topics, then on or before **October 8, 2019** each shall submit a separate letter, not to exceed three pages of text, with their proposed resolution of the dispute. The letter may be accompanied by exhibits without page limitations; however, the exhibits cannot have been created for purposes of the letter brief. Each party's letter shall be signed and approved by lead trial counsel.

4. The Court will hold oral argument on any remaining "trade secret" 30(b)(6) deposition dispute at **9:30 a.m. on October 10, 2019**. Lead trial counsel shall appear in person for the hearing. No exceptions.

5. Plaintiff shall serve its amended Rule 30(b)(6) Notice on any remaining topics on or before **October 7, 2019**.

The stipulation to exceed page limits is GRANTED. This Order disposes of Docket Nos. 225 and 226.

**IT IS SO ORDERED.**

Dated: September 27, 2019

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge