| | |
|---|---|
| CLEMENT ROBERTS (SBN 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650614 7401<br><br>GEOFFREY MOSS (SBN 258827)<br>gmoss@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>Attorneys for Plaintiff<br>COLLATERAL ANALYTICS, LLC | ROBERT M. MANLEY *(admitted pro hac vice)*<br>rmanley@mckoolsmith.com<br>ASHLEY N. MOORE *(admitted pro hac vice)*<br>amoore@mckoolsmith.com<br>AVERY WILLIAMS *(admitted pro hac vice)*<br>awilliams@mckoolsmith.com<br>RUDOLPH "RUDY" FINK, IV *(admitted pro hac vice)*<br>rfink@mckoolsmith.com<br>CHELSEA A. PRIEST *(admitted pro hac vice)*<br>cpriest@mckoolsmith.com<br>CHRISTIAN HARRIS *(admitted pro hac vice)*<br>charris@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone:(214) 978-4000<br>Facsimile: (214) 978-4044<br><br>MICHAEL JOHN MIGUEL (SBN 145182)<br>mmiguel@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Ave., Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>Attorneys for Defendants<br>Nationstar Mortgage LLC, Xome Settlement Services LLC, and Quantarium, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLATERAL ANALYTICS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC, XOME SETTLEMENT SERVICES LLC, AND QUANTARIUM, LLC,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00019-RS (JSC)<br>ORDER<br>**JOINT STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiff Collateral Analytics, LLC; Defendants/Counterclaim Plaintiffs Nationstar Mortgage LLC and Xome Settlement Services LLC; and Defendant Quantarium, LLC hereby stipulate that this action and all claims, counterclaims, and causes of action asserted therein by all parties be dismissed with prejudice. Each party will bear its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: November 24, 2019

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Jacob M. Heath*
JACOB M. HEATH

Attorneys for Plaintiff
COLLATERAL ANALYTICS, LLC

Dated: November 24, 2019

**MCKOOL SMITH, P.C.**

By: /s/ *Robert M. Manley*
ROBERT M. MANLEY

Attorneys for Defendants
NATIONSTAR MORTGAGE, LLC,
XOME SETTLEMENT SERVICES, LLC,
AND QUANTARIUM, LLC

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3)m regarding signature, I, Avery R. Williams, attest that concurrence in the filing of this document has been obtained.

/s/ *Avery R. Williams*

Dated: November 24, 2019
Avery R. Williams

So Ordered this 27th day of November, 2019

_____
JUDGE RICHARD SEEBORG

-1-    JOINT STIPULATION OF MUTUAL DISMISSAL
Case No. 3:18-cv-00019-RS-JSC